USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UDG MANAGEMENT, LLC, ED EDISON CORP., UDG HOLDINGS, LLC, JEONG HOON KIM, and EUN MEE BAEK,

                          Plaintiffs,

-against-

IRONSHORE INDEMNITY CORP.,

                          Defendant.

-------------------------------------------------------------- X

24-CV-2777 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 19, 2024, Defendant filed a Motion to Dismiss, Dkt. 7;

      WHEREAS on April 30, 2024, Defendant filed a Motion to Conduct Jurisdictional Discovery as to Plaintiffs UDG Management, LLC and UDG Holdings, LLC, Dkt. 12; and

      WHEREAS on May 1, 2024, the Court granted Defendant's Motion to Conduct Jurisdictional Discovery and ordered all such discovery to be completed by June 3, 2024 with Defendant's amended Notice of Removal to be filed by no later than June 7, 2024.

      IT IS HEREBY ORDERED that the briefing deadlines for Defendant's Motion to Dismiss are ADJOURNED *sine die*.

**SO ORDERED.**

**Date: May 9, 2024**
      **New York, New York**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**