USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UDG MANAGEMENT, LLC, ED EDISON :
CORP., UDG HOLDINGS, LLC, JEONG HOON :
KIM, and EUN MEE BAEK, :
                           Plaintiffs, :
                                     :    24-CV-2777 (VEC)
              -against- :
                                     :    ORDER
IRONSHORE INDEMNITY CORP., :
                                Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 19, 2024, Defendant filed a partial Motion to Dismiss, *see* Mot., Dkt. 7;

      WHEREAS on May 9, 2024, the Court adjourned the briefing deadlines for Defendant's Motion to Dismiss *sine die*, pending the parties conducting jurisdictional discovery, *see* Order, Dkt. 17;

      WHEREAS on June 7, 2024, Defendant filed an Amended Notice of Removal that adequately alleged subject matter jurisdiction, *see* Not. of Removal, Dkt. 19; and

      WHEREAS on June 10, 2024, the Notice of Initial Pretrial Conference was scheduled for August 16, 2024, *see* Not., Dkt. 20.

      IT IS HEREBY ORDERED that Plaintiffs' response to the Motion to Dismiss must be filed by no later than July 2, 2024. Defendant's reply, if any, must be filed by no later than July 12, 2024.

SO ORDERED.

Date:  June 11, 2024
       New York, New York

                    **VALERIE CAPRONI**
                    **United States District Judge**