```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UDG MANAGEMENT, LLC, ED EDISON            :
CORP., UDG HOLDINGS, LLC, JEONG HOON      :
KIM, and EUN MEE BAEK,                    :
                               Plaintiffs, :
                                          :
              -against-                   :
                                          :
                                          :
IRONSHORE INDEMNITY CORP.,                :
                                          :
                                          :
                              Defendant.  :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2024

24-CV-2777 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for an initial pretrial conference and oral argument on Defendant's partial Motion to Dismiss ("Conference") on August 28, 2024.

IT IS HEREBY ORDERED that for the reasons stated at the Conference, Defendant's partial Motion is GRANTED.

The Clerk of Court is respectfully directed to terminate the open motion at docket entry 7.

**SO ORDERED.**

**Date: August 28, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**