USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UDG MANAGEMENT, LLC, ED EDISON :
CORP., UDG HOLDINGS, LLC, JEONG HOON :
KIM, and EUN MEE BAEK, :
                                 Plaintiffs, :
                                       : 24-CV-2777 (VEC)
              -against- :
                                       : ORDER
:
IRONSHORE INDEMNITY CORP., :
:
:
                              Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 21, 2025, Non-parties, Robert Kudla and Hill Wallack, LLP, moved to intervene as Plaintiffs in the case, Dkt. 46.

       IT IS HEREBY ORDERED that the parties must respond to the Intervenor-Plaintiffs' motion to intervene by no later than April 11, 2025. The Intervenor-Plaintiffs' reply, if any, must be filed by no later than April 18, 2025.

**SO ORDERED.**

**Date: March 24, 2025**
**       New York, New York**
                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**