**MEMO ENDORSED**

# Kennedys

Our ref   1181230

Via ECF

The Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/25

22 Vanderbilt Avenue, Suite 2400
New York, NY 10017
USA

t +1 212.252.0004
f +1 212.832.4920

kennedyslaw.com

t +1 646 625 4012

Eridania.Perez@kennedyslaw.com

March 31, 2025

**RE:** *UDG Management, LLC, Ed Edison Corp., UDG Holdings, LLC, Jeong Hoon Kim, and Eun Mee Baek aka Jina Baek v. Ironshore Indemnity Corp.,* Case No. 1:24-cv-02777

Dear Judge Caproni,

We represent Defendant Ironshore Indemnity, Inc. ("Ironshore") in this matter.

On March 27, 2025, the parties submitted a joint letter regarding the status of the case in compliance with this Court's Civil Case Management Plan and Scheduling Order dated August 28, 2024 [Dkt. 35], as amended by Order dated December 31, 2024 [Dkt. 39], in anticipation of the pre-trial conference originally scheduled for April 4, 2025 at 10:00am. [Dkt. 39]

On March 28, 2025, the Court adjourned the April 4, 2025 conference to May 9, 2025 [Dkt. 49]. I am the lead counsel on this matter for Defendant Ironshore, and unfortunately, I will be out of the country from May 6, 2025 to May 10, 2025 for work. This work trip had been planned months prior to the Court's March 28 Order.

Accordingly, we respectfully request the Court to reschedule the May 5 conference. We had not requested an adjournment of the April 4 conference before. Plaintiffs' counsel does not oppose rescheduling the conference. Both counsel have also conferred on mutually available alternative dates, which are as follows: May 12, May 14-15, and May 28-30.

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership, in New Jersey, United States (with registered number 0450171416)

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:* Argentina, Australia, Belgium, Bermuda, Bolivia, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, Ecuador, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Scotland, Singapore, Spain, Sweden, Turkey, United Arab Emirates, United States of America.

The Honorable Valerie E. Caproni
March 31, 2025

# Kennedys

Respectfully submitted,

*/s/ Eridania Perez*

Eridania Perez

cc: All counsel of record (via ECF)

> The conference on May 9, 2025 at 10:00 A.M. is ADJOURNED to May 15, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.
>
> SO ORDERED.
>
> 3/31/25
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE