**MEMO ENDORSED**

# KIMM LAW FIRM

| | | |
|---|---|---|
| 333 Sylvan Avenue, Suite 106 | | 295 Madison Avenue, 12th Floor |
| Englewood Cliffs, New Jersey 07632 | | New York, New York 10017 |
| Tel 201-569-2880 | **PLEASE REPLY TO** | Tel 917-477-8500 |
| Fax 201-569-2881 | **ENGLEWOOD CLIFFS** | Fax 201-569-2881 |

Writer's email: msk@kimmlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/25
```

April 14, 2025

By ECF

Hon. Valerie E. Caproni, USDJ
U.S. District Court
500 Pearl Street
New York, NY 10038

Re: UDG Management, LLC, et al., v Ironshore Indemnity, Inc., 1:24-cv-2777-VEC

Dear Judge Caprioni:

The Court had scheduled a motion hearing for April 21, 2025, on non-party Robert Kudla's motion to intervene, and the date was changed to April 22 after Kudla filed an amended motion.

On April 22, I am committed to an earlier-scheduled final pretrial conference at 10AM before Judge Ramon E. Reyes in Eastern District, and thus the Kudla motion hearing will conflict. If the matter cannot be submitted and requires attendance, I request another date.

Thank you for your consideration.

Respectfully,

/s/ Michael Kimm

Michael S. Kimm

cc: All counsel by ECF

There is not, nor has there ever been, a hearing in this case scheduled for April 21, 2025 or April 22, 2025. On March 27, 2025, the Court adjourned the conference scheduled for April 4, 2025 to May 9, 2025. *See* Dkt. 49. On March 31, 2025, the Court adjourned the conference even further to May 15, 2025. *See* Dkt. 51. The Conference remains scheduled for May 15, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

Plaintiff misinterprets the proposed dates that the Intervenor-Plaintiffs proposed in their motions to intervene at Dkts. 46 and 54. Any conference or hearing that is scheduled by the Court will be in an endorsement or an order, not solely in the text of an entry on ECF.

SO ORDERED.                4/15/25

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE