```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UDG MANAGEMENT, LLC, ED EDISON            :
CORP., UDG HOLDINGS, LLC, JEONG HOON    :
KIM, and EUN MEE BAEK,                                :
                            Plaintiffs,       :
                                     :     24-CV-2777 (VEC)
                 -against-                        :
                                     :           ORDER
                                     :
IRONSHORE INDEMNITY CORP.,              :
                                     :
                                     :
                       Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 3, 2025, Non-parties Robert Kudla and Hill Wallack, LLP, moved to intervene as Plaintiffs in the case (the "Proposed Intervenors"), Dkt. 54; and

      WHEREAS the post-fact discovery conference (the "Conference") is scheduled for May 15, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

      IT IS HEREBY ORDERED that the Proposed Intervenors must attend the Conference on May 15, 2025 along with the parties.

**SO ORDERED.**

**Date: May 9, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**