USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UDG MANAGEMENT, LLC, ED EDISON CORP., UDG HOLDINGS, LLC, JEONG HOON KIM, & EUN MEE BAEK,

        Plaintiffs,

ROBERT J. KUDLA, D.M.D. & HILL WALLACK, LLP,

      Intervenor Plaintiffs,

     -against-

IRONSHORE INDEMNITY CORP.,

        Defendant.

------------------------------------------------------------- X

24-CV-2777 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on April 3, 2025, Non-parties Robert Kudla and Hill Wallack, LLP, moved to intervene as Plaintiffs in the case (the "Proposed Intervenors"), Dkt. 54;

  WHEREAS the parties appeared for the post-fact discovery conference (the "Conference") on May 15, 2025; and

  WHEREAS for the reasons stated at the Conference, the Court granted the Proposed Intervenors' motion.

  IT IS HEREBY ORDERED that Defendant's response to the Intervenors' Complaint must be filed by no later than June 5, 2025.

  IT IS FURTHER ORDERED that summary judgment briefing is as follows:

- Defendant's motion for summary judgment (not to exceed 8,750 words) must be filed by June 20, 2025.

- Plaintiffs must file a consolidated response to Defendant's motion and cross-motion for summary judgment (not to exceed 17,500 words) by July 18, 2025.

- Defendant must file a consolidated reply in further support of its motion and response to Plaintiffs' cross-motion (not to exceed 12,250 words) by August 18, 2025.

- Plaintiffs must file a reply in further support of their cross-motion (not to exceed 3,500 words) by September 5, 2025.

IT IS FURTHER ORDERED that Plaintiffs and the Intervenors must file their briefing jointly and are not permitted to file separate briefs. The parties are advised to review closely Rules 4(C) and 4(G) of the Undersigned's Individual Practices in Civil Cases. Failure to comply with the Individual Practices will result in dismissal of the motions without prejudice.

The Clerk of Court is respectfully directed to terminate the open motions at Dkt. Entries 46 and 54.

**SO ORDERED.**

**Date: May 15, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**