

**HILL WALLACK LLP**

261 Madison Avenue
9th Floor, Suite 940-941
New York, NY 10016
main 929.469.2700

**MEMO ENDORSED**

WRITER'S DIRECT DIAL: 609-734-6318
EMAIL: sswatski@hillwallack.com

July 8, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/25
```

**Via Electronic Court Filing**
Hon. Valerie E. Caproni
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: **UDG Management, LLC et al. v. Ironshore Indemnity Corp.**
     **Case Number: 1:24-cv-02777-VEC**
     **Request for Stay**

Dear Judge Caproni:

  This firm represents the interests of Plaintiff Robert Kudla, DMD and Hill Wallack LLP, in the above-referenced case. On June 30, 2025, we received an email from Dana-Kristie Pineda, who is the legal assistant for Michael Kimm, Esq., counsel for Plaintiff UDG Management, LLC ("UDG"). Ms. Pineda advised that UDG would be seeking an extension of the briefing schedule for the pending summary judgment motion and the anticipated cross motion to be filed by Plaintiffs. She further advised that Mr. Kimm has been in the intensive care unit of Hackensack Hospital for some weeks and is having difficulty communicating. A copy of the June 30 email is attached hereto. On that same date, I called Ms. Pineda to suggest Plaintiff's seek a stay to allow Mr. Kimm time to recover or other counsel to be assigned. Ms. Pineda said she would seek consent. I have not heard back from her. Defense counsel has consented to my request to seek a stay from the Court.

  We respectfully request a stay of this matter until UDG is able to secure counsel be that Mr. Kimm or otherwise.

  We appreciate your Honor's courtesies.

Respectfully submitted,
**HILL WALLACK LLP**

*/s/ Susan L. Swatski*
Susan L. Swatski

cc: all parties via ECF

Application GRANTED.  This case is hereby STAYED.  Plaintiffs must provide the Court with an update by August 8, 2025, indicating whether UDG has sought new counsel or if Mr. Kimm will continue his representation.

The Court wishes Mr. Kimm a full and speedy recovery.

SO ORDERED.              7/8/25

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

## Susan L. Swatski

| | |
|---|---|
| From: | law kimmlaw.com <law@kimmlaw.com> |
| Sent: | Monday, June 30, 2025 2:18 PM |
| To: | Susan L. Swatski; Karen Andersen Moran; Lilly M. Miller; Barbara A. Lawrence; Eridania Perez |
| Cc: | msk kimmlaw.com |
| Subject: | Re: Rule 56.1 UDG v Ironshore: MSJ [KEN-LEGAL.FID46955943] |

CAUTION: This email originated from outside of Hill Wallack. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

We will be seeking an extension of the dates within the 5/15/25 scheduling order. Whether Mr. Kimm will be getting another attorney is undetermined because I am having difficulty speaking with Mr. Kimm due to his medical condition. As of now, the medical professionals are waiting for certain conditions to his body to occur before any further invasive procedure.

Regards,

Dana-Kirstie Pineda
Legal Assistant, Kimm Law Firm
333 Sylvan Avenue, Suite 106
Englewood Cliffs, NJ 07632
Tel: (201) 569-2880
Fax: (201) 569-2881


IMPORTANT: This email message is confidential and may be legally privileged. It is intended only for the identified recipient. If you have received this in error, please contact us immediately so that we may take corrective action. Thank you for your courtesies

From: Susan L. Swatski <sswatski@HillWallack.com>
Sent: Monday, June 30, 2025 1:47 PM
To: Karen Andersen Moran <Karen.AndersenMoran@kennedyslaw.com>; Lilly M. Miller <lmiller@hillwallack.com>; Barbara A. Lawrence <blawrence@hillwallack.com>; Eridania Perez <Eridania.Perez@kennedyslaw.com>

1

**Cc:** law kimmlaw.com <law@kimmlaw.com>; msk kimmlaw.com <msk@kimmlaw.com>
**Subject:** RE: Rule 56.1 UDG v Ironshore: MSJ [KEN-LEGAL.FID46955943]

Hi Eri

I've tried texted, emailing and calling Mr. Kimm's office and have not received a response. Would you kindly consent to me filing a letter with the court asking for a stay until we're able to contact Mr. Kimm to determine if he can continue with the case or if UDG is seeking substitution counsel.
Truly,
Susan


**Susan L. Swatski, Esq** (She/Her)
Office: 609.734.6318 | Fax: 609.452.1888
21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226
www.hillwallack.com  sswatski@hillwallack.com | vCard

HILL WALLACK LLP

*This Law Firm is a debt collector. This email is being written in an attempt to collect a debt and any information obtained will be used for that purpose.*

*To Opt-Out of any further emails from our firm, please click here.*

**From:** Karen Andersen Moran <Karen.AndersenMoran@kennedyslaw.com>
**Sent:** Wednesday, June 25, 2025 4:20 PM
**To:** Susan L. Swatski <sswatski@HillWallack.com>; Lilly M. Miller <lmiller@hillwallack.com>; Barbara A. Lawrence <blawrence@hillwallack.com>
**Cc:** law kimmlaw.com <law@kimmlaw.com>; msk kimmlaw.com <msk@kimmlaw.com>; Eridania Perez <Eridania.Perez@kennedyslaw.com>
**Subject:** Rule 56.1 UDG v Ironshore: MSJ [KEN-LEGAL.FID46955943]

CAUTION: This email originated from outside of Hill Wallack. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello all. Pursuant to Local Rule 56.1(e) and Judge Caproni's External Practices in Civil Cases G.ii., attached please find Ironshore's 56.1 Statement in Microsoft Word format.

Karen Andersen Moran
Special Counsel
for Kennedys

**Kennedys**
T +1 312 800 5012
M +1 773 505 5321
F +1 312 207 2110
www.kennedyslaw.com


**General Data Protection Regulations** - From 25 May 2018 to the extent that we are currently in a contract with you or are intending to enter into a contract that involves processing the data of individuals in the EU, we would ask you to note the terms of our GDPR Privacy Policy, also our Client Terms of Business to the extent that we have not already agreed GDPR variations with you and, if you supply any products or services to us, our Supplier Terms of Business each of which will apply to all existing and future dealings between us as appropriate.
Please be aware of the increase in cybercrime and fraud. If you receive an email purporting to be from someone at Kennedys which seeks to direct a payment to bank details which differ from those which we have already given you (in our retainer letter and on our invoices) it is unlikely to be genuine. Please do not reply to the email or act on any information contained in it but contact us immediately.