```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UDG MANAGEMENT, LLC, ED EDISON            :
CORP., UDG HOLDINGS, LLC, JEONG HOON   :
KIM, and EUN MEE BAEK,                                 :
                              Plaintiffs,    :
                                        :    24-CV-2777 (VEC)

ROBERT J. KUDLA, D.M.D. & HILL             :
WALLACK, LLP,                                             :    ORDER
                                         :
                  Intervenor Plaintiffs,    :
                                         :
                       -against-                    :
                                         :

IRONSHORE INDEMNITY CORP.,                  :
                                         :
                            Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 12, 2025, the Court ordered Plaintiffs to retain counsel that is prepared to move forward with the litigation by September 9, 2025, and the Court ordered the Kimm Law Firm to notify Plaintiffs and provide a copy of the endorsement and email the Court with proof that it has done so by August 13, 2025, *see* Dkt. 77;

      WHEREAS the Court did not receive any correspondence from the Kimm Law Firm confirming that it had complied with the Court's Order.

      IT IS HEREBY ORDERED that the Kimm Law Firm must provide a copy of the endorsement at Dkt. 77 and a copy of this Order to Plaintiffs by August 19, 2025 and provide proof that it has done so on the docket by August 20, 2025.  If the Kimm Law Firm fails to provide proof that it has provided Plaintiffs with the Court's orders, the Court will likely issue an order to show cause why counsel for Plaintiffs should not be sanctioned for failure to comply with Court orders.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order and the endorsement at Dkt. 77 to Plaintiffs at the following addresses:

- UDG Management, LLC
  212 East 49th Street
  New York, NY 10017

- UDG Management, LLC
  34-36 West 32nd Street, 11th Floor
  New York, NY 10001

- UDG Holdings, LLC
  212 East 49th Street
  New York, NY 10017

- UDG Holdings, LLC
  34-36 West 32nd Street, 11th Floor
  New York, NY 10001

- UDG Holdings, LLC
  1521 Concord Pike, # 301
  Wilmington, DE 19803

- Jeong Hoon Kim
  167 Newbury Street, Apt 3B
  Boston, MA 02116

- Jeong Hoon Kim
  23 West 31st Street
  New York, NY 10001

- Eun Mee Baek
  14477 Roosevelt Ave, Apt 6E
  Flushing, New York 11354

**SO ORDERED.**

**Date:  August 18, 2025**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**