**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
UDG MANAGEMENT, LLC, ED EDISON
CORP., UDG HOLDINGS, LLC, JEONG HOON
KIM, and EUN MEE BAEK,

|  |  |
|---|---|
| Plaintiffs, | 24 **CIVIL** 2777 (VEC) |
| -against- | **JUDGMENT** |
| IRONSHORE INDEMNITY CORP., | |
| Defendant. | |

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 26, 2026, Defendant's Motion for Summary

Judgment is GRANTED, and Plaintiffs' claim for declaratory judgment as to breach of contract

is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

March 31, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY: _____
**Deputy Clerk**